UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| SHARON WOLD,<br><br>  Plaintiff,<br><br>vs.<br><br>TAHER, INC.,<br><br>  Defendant. | Court File No. 12-cv-04079-KES<br><br>**ORDER APPROVING CONFIDENTIAL<br>FLSA SETTLEMENT AND ENTERING<br>JUDGMENT OF DISMISSAL** |

This matter is before the Court pursuant to the parties' Joint Motion for Order Approving Confidential FSLA Settlement and Judgment of Dismissal, Docket No. 28 (filed under seal). The Court, based upon the parties' representations in the Joint Motion, makes the following FINDINGS:

1. This litigation involves a bona fide wage and hour dispute arising under the Fair Labor Standards Act;

2. The parties' proposed settlement is fair and equitable to both parties; and

3. The proposed settlement contains an award of reasonable attorneys' fees.

Based upon the foregoing findings, IT IS HEREBY ORDERED:

1. The parties' proposed confidential FLSA settlement is APPROVED; and

2. This action is hereby dismissed in its entirety with prejudice, without costs to either party, and with attorney's fees as agreed to by the parties in the parties' proposed settlement agreement.

Dated: _____

_____
The Honorable Karen E. Schreier
United States District Judge

607969.v3